No. 72–5531. BAGGETT v. WAINWRIGHT, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE DOUGLAS would grant the motion.

No. 72–968. SOLO CUP CO. v. AUSTIN, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 72–5681. LANDIS v. UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN. Motion for leave to file petition for writ of mandamus denied.

No. 72–6119. RUDERER v. FOREMAN, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 72–702. GOLDEN STATE BOTTLING CO., INC., FORMERLY PEPSI-COLA BOTTLING COMPANY OF SACRAMENTO, ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari granted.

No. 72–885. UNITED STATES ET AL. v. RICHARDSON. C. A. 3d Cir. Certiorari granted.

No. 72–782. GATEWAY COAL CO. v. UNITED MINE WORKERS OF AMERICA ET AL. C. A. 3d Cir. Motions of Bituminous Coal Operators' Assn., Inc., National Association of Manufacturers of the United States of America, and Chamber of Commerce of the United States of America for leave to file briefs as amici curiae granted. Certiorari granted.

No. 72–5581. STEFFEL v. THOMPSON ET AL. C. A. 5th Cir. Motion for leave to proceed in forma pauperis and certiorari granted.